1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

TAMMY SUE SABO,                          ) Case No. CV 11-4646 JCG
                                         )
            Plaintiff,                   )
                                         )
      v.                                 ) **JUDGMENT**
                                         )
MICHAEL J. ASTRUE,                       )
COMMISSIONER OF SOCIAL                   )
SECURITY ADMINISTRATION,                 )
                                         )
            Defendant.                   )
_____        )

      IT IS ADJUDGED that the decision of the Commissioner of the Social

Security Administration is **AFFIRMED**.


DATED:  March 5, 2012


                              _____
                                          Hon. Jay C. Gandhi
                                 United States Magistrate Judge